IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERVICE CHAMP, II, L.P. | : | CIVIL ACTION |
| v. | : | |
| AUTOEDGE DISTRIBUTION, INC., et al | : | NO. 02-3637 |

## O R D E R

AND NOW, this        day of September, 2002, it is hereby ORDERED that, pursuant to the attached letter from counsel, the above captioned case is dismissed without prejudice.

_____
THOMAS N. O'NEILL, JR.,     J.